IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )   CRIMINAL NO. 10-30178-DRH
      vs.                 )
                          )
ANTONIO C. ALLEN,         )
                          )
            Defendant.    )

## ORDER

Plaintiff's Motion to Revoke Defendant's Bond is hereby GRANTED IN PART.

The Court ORDERS a warrant to issue for Defendant's arrest. Following arrest, Defendant shall be detained pending a hearing on the Government's Motion to Revoke Bond. 18 U.S.C. § 3148(b). A hearing will be set upon defendant's arrest.

**SO ORDERED.**

DATED: May 18, 2012

                               s/Stephen C. Williams
                               STEPHEN C. WILLIAMS
                               United States Magistrate Judge