IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTONIO C. ALLEN,

Defendant.                                    Case No. 10-30178-DRH

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

On August 24, 2012, this court entered an order for forfeiture against defendant Antonio C. Allen for the following property which had been seized from the defendant:

> **$5,250.00 in United States currency seized from the defendant on January 24, 2010; and**
>
> **One Ruger Model P91DC, .40 caliber, semi-automatic pistol, bearing serial number 340-20233, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March

23, 2013, and ending April 21, 2013, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on August 24, 2012, namely:

> **$5,250.00 in United States currency seized from the defendant on January 24, 2010; and**
>
> **One Ruger Model P91DC, .40 caliber, semi-automatic pistol, bearing serial number 340-20233, and any and all ammunition contained therein.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the firearm and ammunition according to law. The disposal may, at the discretion of the United States, include the destruction of the firearm and ammunition. The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal. The United States Marshal shall dispose of the $5,250.00 according to law.

**IT IS SO ORDERED.**

Signed this 2nd day of July, 2013.

David R. Herndon
2013.07.02
08:54:31 -05'00'

**Chief Judge
United States District Court**